**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 7** |
| | ) | |
| ARTHUR BUESING, | ) | **Case No. 13-31436** |
| | ) | |
| Debtor. | ) | **Honorable Deborah L. Thorne** |

### CERTIFICATE OF SERVICE

Brian A. Audette, an attorney, certifies that on the 5th day of April, 2016, he caused the *Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)* to be filed electronically with the Court. Notice of this filing will be served by U.S. Mail, first-class postage prepaid, to the parties listed below:

Discover Bank
DB Servicing Corporation
P.O. Box 3025
New Albany, OH 43054-3025

Providence Bank
Midwest Loan Services, Inc.
616 Shelden Avenue, Suite 300
P.O. Box 144
Houghton, MI 49931-0144

Arthur Buesing
1105 E. Royal St. George #104
Naperville, IL 60563

Lois West, CPA
Popowcer Katten, Ltd.
35 E. Wacker Dr., Suite 1550
Chicago, IL 60601-2124

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

Thomas W. Toolis
10075 W. Lincoln Hwy.
Frankfort, IL 60423-1272

Julie E. Crabbe
Julie E. Crabbe, Esq.
660 W. Wayman St., Unit 707
Chicago, IL 60661

*/s/ Brian A. Audette*