**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: BUESING, ARTHUR                    § Case No. 13-31436
                                          §
                                          §
                                          §
Debtor(s)                                 §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    Brian Audette, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $199,693.00 *(without deducting any secured claims)* | Assets Exempt: $47,743.00 |
| Total Distribution to Claimants: $32,848.51 | Claims Discharged Without Payment: $0.00 |
| Total Expenses of Administration: $7,397.88 | |

    3) Total gross receipts of $ 52,386.71 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 12,140.32 (see **Exhibit 2**), yielded net receipts of $40,246.39 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,397.88 | 7,397.88 | 7,397.88 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 3,175.79 | 3,175.79 | 3,175.79 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 29,672.72 | 29,672.72 | 29,672.72 |
| **TOTAL DISBURSEMENTS** | $0.00 | $40,246.39 | $40,246.39 | $40,246.39 |

4) This case was originally filed under Chapter 7 on August 06, 2013. The case was pending for 36 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/20/2016          By: /s/Brian Audette
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Prudential life insurance policy 81244500 | 1229-000 | 6,762.01 |
| Prudential life insurance policy R4086788 | 1229-000 | 45,624.70 |
| **TOTAL GROSS RECEIPTS** | | **$52,386.71** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| BUESING, ARTHUR | Dividend paid 100.00% on $12,140.32; Claim# SURPLUS; Filed: $12,140.32; Reference: | 8200-002 | 12,140.32 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$12,140.32** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Providence Bank | 4110-000 | N/A | | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Brian Audette, Chapter 7 Trustee | 2100-000 | N/A | 4,774.64 | 4,774.64 | 4,774.64 |
| Popowcer Katten, Ltd. | 3410-000 | N/A | 925.00 | 925.00 | 925.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | | N/A | 75.34 | 75.34 | 75.34 |
| Rabobank, N.A. | 2600-000 | | N/A | 72.73 | 72.73 | 72.73 |
| Rabobank, N.A. | 2600-000 | | N/A | 80.14 | 80.14 | 80.14 |
| Department of the Treasury | 2810-000 | | N/A | 1,348.00 | 1,348.00 | 1,348.00 |
| United States Treasury | 2810-000 | | N/A | 122.03 | 122.03 | 122.03 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | **$7,397.88** | **$7,397.88** | **$7,397.88** |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4P | Illinois Department of Revenue | 5800-000 | N/A | 3,175.79 | 3,175.79 | 3,175.79 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$3,175.79** | **$3,175.79** | **$3,175.79** |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 7,764.97 | 7,764.97 | 7,764.97 |
| 1I | Discover Bank | 7990-000 | N/A | 23.24 | 23.24 | 23.24 |
| 3 | Thomas W. Toolis | 7200-000 | N/A | 21,723.26 | 21,723.26 | 21,723.26 |
| 3I | Thomas W. Toolis | 7990-000 | N/A | 65.01 | 65.01 | 65.01 |
| 4U | Illinois Department of Revenue | 7100-000 | N/A | 86.48 | 86.48 | 86.48 |
| 4PI | Illinois Department of Revenue | 7990-000 | N/A | 9.50 | 9.50 | 9.50 |
| 4UI | Illinois Department of Revenue | 7990-000 | N/A | 0.26 | 0.26 | 0.26 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$0.00** | **$29,672.72** | **$29,672.72** | **$29,672.72** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-31436  
**Case Name:** BUESING, ARTHUR  

**Trustee:** (330232) Brian Audette, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 08/06/13 (f)  
**§341(a) Meeting Date:** 09/24/13  

**Period Ending:** 07/20/16  
**Claims Bar Date:** 03/17/14  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1105 Royal St. George, Unit 104, Naperville IL 6<br>Imported from original petition Doc# 1 | 95,000.00 | 17,478.68 | | 0.00 | FA |
| 2 | 11321 Cypress, Ft. Meyers Beach, FL<br>Imported from original petition Doc# 1 | 70,950.00 | 40,950.00 | | 0.00 | FA |
| 3 | First Midwest Bank checking account<br>Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Miscellaneous<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Pruco Life Insurance policy (loan $4,220)<br>Imported from original petition Doc# 1 | 20,780.00 | 0.00 | | 0.00 | FA |
| 6 | Investco IRA<br>Imported from original petition Doc# 1 | 5,963.00 | 0.00 | | 0.00 | FA |
| 7 | 1998 Chevy Tahoe<br>Imported from original petition Doc# 1 | 1,800.00 | 0.00 | | 0.00 | FA |
| 8 | 1997 Ford F150<br>Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 9 | 2006 Snowmobile<br>Imported from original petition Doc# 1 | 2,500.00 | 1,000.00 | | 0.00 | FA |
| 10 | Prudential life insurance policy 81244500  (u) | 6,659.42 | 6,659.42 | | 6,762.01 | FA |
| 11 | Prudential life insurance policy R4086788  (u) | 42,083.69 | 42,083.69 | | 45,624.70 | FA |
| 11 | **Assets    Totals** (Excluding unknown values) | **$248,436.11** | **$108,171.79** | | **$52,386.71** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2014   **Current Projected Date Of Final Report (TFR):**   June 1, 2016

Printed: 07/20/2016 10:17 AM    V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 13-31436 | | Trustee: | Brian Audette, Chapter 7 Trustee (330232) |
|---|---|---|---|---|
| Case Name: | BUESING, ARTHUR | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******4166 - Checking Account |
| Taxpayer ID #: | **-***2322 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 07/20/16 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | 5 T-Code | 6 Receipts $ | 7 Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/17/14 | {10} | The Prudential Insurance Company of America | Policy Number 81244500 | 1229-000 | 6,762.01 | | 6,762.01 |
| 01/17/14 | {11} | Pruco Life Insurance Company, a Prudential company | Policy Number R4086788 | 1229-000 | 45,624.70 | | 52,386.71 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 75.34 | 52,311.37 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.73 | 52,238.64 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.14 | 52,158.50 |
| 10/13/15 | 101 | Department of the Treasury | Tax payment for 2014 | 2810-000 | | 1,348.00 | 50,810.50 |
| 02/25/16 | 102 | United States Treasury | 30-6402322, December 31, 2014, 1041 | 2810-000 | | 122.03 | 50,688.47 |
| 04/27/16 | 103 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $925.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 925.00 | 49,763.47 |
| 04/27/16 | 104 | Brian Audette, Chapter 7 Trustee | Dividend paid 100.00% on $4,774.64, Trustee Compensation; Reference: | 2100-000 | | 4,774.64 | 44,988.83 |
| 04/27/16 | 105 | BUESING, ARTHUR | Dividend paid 100.00% on $12,140.32; Claim# SURPLUS; Filed: $12,140.32; Reference: | 8200-002 | | 12,140.32 | 32,848.51 |
| 04/27/16 | 106 | Discover Bank | Combined Check for Claims#1,1I | | | 7,788.21 | 25,060.30 |
| | | | Dividend paid 100.00%   7,764.97 on $7,764.97; Claim# 1; Filed: $7,764.97 | 7100-000 | | | 25,060.30 |
| | | | Dividend paid 100.00%   23.24 on $23.24; Claim# 1I; Filed: $23.24 | 7990-000 | | | 25,060.30 |
| 04/27/16 | 107 | Illinois Department of Revenue | Combined Check for Claims#4U,4P,4PI,4UI | | | 3,272.03 | 21,788.27 |
| | | | Dividend paid 100.00%   86.48 on $86.48; Claim# 4U; Filed: $86.48 | 7100-000 | | | 21,788.27 |
| | | | Dividend paid 100.00%   3,175.79 on $3,175.79; Claim# 4P; Filed: $3,175.79 | 5800-000 | | | 21,788.27 |
| | | | Dividend paid 100.00%   9.50 on $9.50; Claim# 4PI; Filed: $9.50 | 7990-000 | | | 21,788.27 |
| | | | Dividend paid 100.00%   0.26 on $0.26; Claim# 4UI; Filed: $0.26 | 7990-000 | | | 21,788.27 |
| 04/27/16 | 108 | Thomas W. Toolis | Combined Check for Claims#3,3I | | | 21,788.27 | 0.00 |
| | | | Dividend paid 100.00%   21,723.26 on $21,723.26; Claim# | 7200-000 | | | 0.00 |

Subtotals :   $52,386.71   $52,386.71

{} Asset reference(s)

Printed: 07/20/2016 10:17 AM   V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 13-31436 | | Trustee: | Brian Audette, Chapter 7 Trustee (330232) |
|---|---|---|---|---|
| Case Name: | BUESING, ARTHUR | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******4166 - Checking Account |
| Taxpayer ID #: | **-***2322 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 07/20/16 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 3; Filed: $21,723.26 | | | | |
| | | | Dividend paid 100.00% on $65.01; Claim# 3I; Filed: $65.01    65.01 | 7990-000 | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 52,386.71 | 52,386.71 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 52,386.71 | 52,386.71 | |
| Less: Payments to Debtors | | 12,140.32 | |
| NET Receipts / Disbursements | $52,386.71 | $40,246.39 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******4166 | 52,386.71 | 40,246.39 | 0.00 |
| | $52,386.71 | $40,246.39 | $0.00 |

{} Asset reference(s)    Printed: 07/20/2016 10:17 AM    V.13.28